**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 15 Case** |
| **FAIRFIELD SENTRY LIMITED, et al.,** | **Case No. 10-13164 (CGM)** |
| Debtors in Foreign Proceedings. | **Jointly Administered** |
| **FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), et al.,** | |
| Plaintiffs, | **Adv. Pro. No. 10-03496 (CGM)** |
| – against – | **Administratively Consolidated** |
| **THEODOOR GGC AMSTERDAM, et al.,** | |
| Defendants. | |
| **FAIRFIELD SENTRY LIMITED (IN LIQUIDATION),** acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof, | |
| Plaintiffs, | **Adv. Pro. No. 10-03521 (CGM)** |
| -against- | |
| **LOMBARDY PROPERTIES LIMITED and BENEFICIAL OWNERS OF ACCOUNTS HELD IN THE NAME OF LOMBARDY PROPERTIES LIMITED 1-1000,** | |
| Defendants. | |

### NOTICE OF APPEAL

**Part 1: Identify the Appellant(s)**

1. **Names(s) of appellants:**  Fairfield Sentry Limited (in Liquidation), acting by and through the Foreign Representatives thereof, and Kenneth Krys and Greig Mitchell, solely in their capacities as Foreign Representatives and Liquidators thereof ("Plaintiffs-Appellants").

1

2. **Position of appellants in the adversary proceeding that is the subject of this appeal:** Plaintiff(s)

**Part 2: Identify the subject of this appeal**

1. **Describe the judgment, order or decree appealed from;**

2. **State the date on which the judgment, order, or decree was entered:**

Plaintiffs-Appellants, by their attorneys, hereby appeal under 28 U.S.C. § 158(a) from:

1. Each and every part of the Stipulated Order Granting in Part and Denying in Part Moving Defendants' Second Consolidated Motion to Dismiss, dated February 25, 2021 (ECF No. 63) (the "Order", annexed hereto as **Exhibit A**);

2. Final Judgment dated March 3, 2021 (ECF No. 65) (the "Judgment", annexed hereto as **Exhibit B**); and

3. Any and all prior decisions that necessarily affect the Order and Judgment, including but not limited to:

    a. Memorandum Decision Granting in Part and Denying in Part Defendants' Renewed Motion to Dismiss, dated December 14, 2020 (*Fairfield Sentry Limited (in Liquidation) v. Theodoor GGC Amsterdam et al.*, Adv. Proc. No. 10-03496 (SMB) (Bankr. S.D.N.Y. Dec. 14, 2020)[1], ECF No. 3062, annexed hereto as **Exhibit C**);

    b. Memorandum Decision Granting in Part and Denying in Part Defendants' Motions to Dismiss and Plaintiffs' Motions for Leave to Amend, dated December 6, 2018 (*Fairfield Sentry Limited (in Liquidation) v. Theodoor*

---

[1] The Court entered the decisions addressed in this Notice of Appeal only on the administratively consolidated docket for this action and its related proceedings.

*GGC Amsterdam et al.*, Adv. Proc. No. 10-03496 (SMB) (Bankr. S.D.N.Y. Dec. 6, 2018), ECF. No 1743, annexed hereto to as **Exhibit D**), insofar as it concerns claims dismissed under the Order and the extraterritorial application of the Section 546(e) safe harbor;

c. Memorandum Decision and Order Regarding the Defendants' Motions to Dismiss for Want of Jurisdiction, dated August 6, 2018 (*Fairfield Sentry Limited (in Liquidation) v. Theodoor GGC Amsterdam et al.*, Adv. Proc. No. 10-03496 (SMB) (Bankr. S.D.N.Y. Aug. 6, 2018), ECF No. 1723, annexed hereto as **Exhibit E**), insofar as it rules that Defendants' consent to the Subscription Agreement does not constitute consent to personal jurisdiction in the U.S. Redeemer Actions; and

d. Memorandum Decision Denying Plaintiffs' Motion for Leave to File Further Proposed Amended Complaints in Certain Actions, dated August 10, 2020 (*Fairfield Sentry Limited (in Liquidation) v. Theodoor GGC Amsterdam et al.*, Adv. Proc. No. 10-03496 (SMB) (Bankr. S.D.N.Y. Aug. 10, 2020), ECF No. 3046, annexed hereto as **Exhibit F**).

**Part 3: Identify the other parties to the appeal:**

The relevant parties to the judgment, order, or decree appealed from, and the names, addresses, and telephone numbers of their respective attorneys are as follows:

| Plaintiffs-Appellants | Attorneys |
|---|---|
| Fairfield Sentry Limited (in Liquidation), acting by and through the Foreign Representatives thereof, and Kenneth Krys and Greig Mitchell, solely in their capacities as Foreign Representatives and Liquidators thereof | **BROWN RUDNICK LLP**<br>David J. Molton<br>Marek P. Krzyzowski<br>Seven Times Square<br>New York, New York 10036<br>Telephone: 212-209-4800 |

|  | **SELENDY & GAY PLLC** <br> David Elsberg <br> Lena Konanova <br> Ron Krock <br> 1290 Avenue of the Americas <br> New York, NY 10104 <br> Telephone: 212-390-9000 |
|---|---|

| **Defendants-Appellees** | **Attorneys** |
|---|---|
| See Schedule A | See Schedule A |

**Part 4: Not Applicable (No BAP in this District)**

**Part 5: Signature**

Dated:  March 29, 2021
         New York, New York

                                        Respectfully submitted,

                                        **BROWN RUDNICK LLP**

                                        */s/ David J. Molton*
                                        **BROWN RUDNICK LLP**
                                        David J. Molton
                                        Marek P. Krzyzowski
                                        Seven Times Square
                                        New York, New York 10036
                                        Telephone: 212-209-4800
                                        Facsimile: 212-209-4801
                                        Email: dmolton@brownrudnick.com
                                        Email: mkrzyzowski@brownrudnick.com

                                        —and—

                                        **SELENDY & GAY PLLC**
                                        David Elsberg
                                        Lena Konanova
                                        Ron Krock
                                        1290 Avenue of the Americas
                                        New York, NY 10104
                                        Telephone: 212-390-9000
                                        E-mail: delsberg@selendygay.com
                                        E-mail: lkonanova@selendygay.com

4

E-mail: rkrock@selendygay.com

*Counsel for the Plaintiffs-Appellants*

E-mail: rkrock@selendygay.com

*Counsel for the Plaintiffs-Appellants*